CEM/EEN: USAO# 2024R00508

PB 10.20.25

FILED _____ ENTERED
_____ RECEIVED
OCT 2 2 2025
AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT ANTWONN STILL,<br><br>Defendant. | CRIMINAL NO. BAH-25-0318<br><br>(Involuntary Manslaughter,<br>18 U.S.C. §§ 7 and 1112; Driving Under the Influence of Alcohol, 36 C.F.R. § 4.23, Reckless Driving, 36 C.F.R. § 4.2, Assimilating Md. Code Ann., Transportation § 21-901.1) |

## INDICTMENT

### COUNT ONE
(Involuntary Manslaughter)

The Grand Jury for the District of Maryland charges that:

On or about August 5, 2023, in the District of Maryland, the defendant,

**VINCENT ANTWONN STILL**,

on the Baltimore Washington Parkway, a place within the territorial jurisdiction of the United States, did unlawfully kill Sulayman Kissima Juwara in the commission of an unlawful act not amounting to a felony, that is (1) operating a motor vehicle while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood, and (2) driving a vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property, in violation of 36 C.F.R. §§ 4.23 and 4.2, assimilating Md. Code Ann., Transportation, § 21-201.1(a).

18 U.S.C. § 1112
18 U.S.C. § 7

1

## COUNT TWO
### (Driving Under the Influence of Alcohol)

The Grand Jury for the District of Maryland further charges that:

On or about August 5, 2023, in the District of Maryland, the defendant,

**VINCENT ANTWONN STILL,**

on lands administered by the National Park Service, did operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation and while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood.

36 C.F.R. § 4.23

**COUNT THREE**
**(Reckless Driving)**

The Grand Jury for the District of Maryland further charges that:

On or about August 5, 2023, in the District of Maryland, the defendant,

**VINCENT ANTWONN STILL,**

on land administered by the National Park Service, did drive a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2
Md. Code Ann., Transportation, § 21-901.1(a)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

Date: 10/22/25